# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 29, 2008

To:   Ronald Lee Richman
      Susan Jane Olson
      Bullivant Houser Bailey PC
      601 California Street, Suite 1800
      San Francisco, CA 94108


Re: Board of Trustees of the Laborers Health & Welfare Trust Fund for Northern
    California, et al. v. Kurt A. Ernst - C08-0355 BZ

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

    At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                Sincerely,

                Richard W. Wieking, Clerk
                United States District Court


                /s/ Lashanda Scott
            By:    Lashanda Scott
                Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd