**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

—————————

www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                        415.522.2000

**March 11, 2008**

**CASE NUMBER:  CV 08-00355 BZ**
**CASE TITLE:  BOARD OF TRUSTEES OF THE LABORERS HEALTH AND**
**WELFARE TURST FUND FOR THE NORTHERN CALIFORNIA-v-KURT ALBIN**
**ERNST**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/4/08

FOR THE EXECUTIVE COMMITTEE:

CORRECTION OF WORD PERFECT ORDER
THAT WAS SUBMITTED ON 3/4/08. CASE NUMBER
C08-376MEJ ENTERED INCORRECTLY.

_____
                                                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                               Entered in Computer 3/4/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA