1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 15246
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE              | Case No.: C 08 CV 00355 PJH
   | LABORERS HEALTH AND WELFARE           |
12 | TRUST FUND FOR NORTHERN               | **PLAINTIFFS' REQUEST FOR CLERK'S**
   | CALIFORNIA; BOARD OF TRUSTEES OF      | **ENTRY OF DEFAULT**
13 | THE LABORERS VACATION-HOLIDAY         |
   | TRUST FUND FOR NORTHERN               |
14 | CALIFORNIA; BOARD OF TRUSTEES OF      |
   | THE LABORERS PENSION TRUST FUND       |
15 | FOR NORTHERN CALIFORNIA; and          |
   | BOARD OF TRUSTEES OF THE              |
16 | LABORERS TRAINING AND RETRAINING      |
   | TRUST FUND FOR NORTHERN               |
17 | CALIFORNIA,                           |

18            Plaintiffs,

19       vs.

20 KURT ALBIN ERNST individually and doing
   business as ERNST MECHANICAL
21 COMPANY, a California Company,

22            Defendants.

23
       TO DEFENDANTS KURT ALBIN ERNST individually and doing business as ERNST
24
   MECHANICAL COMPANY, a California Company:
25
       Plaintiffs hereby request that the Clerk of Court enter the default of Defendants Kurt
26
   Albin Ernst and Ernst Mechanical Company, in the above-referenced action.
27

28

10469932.1                          – 1 –
           PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

1     The Request for Entry of Default is made on the grounds that Defendants Kurt Albin
2 Ernst and Ernst Mechanical Company were served February 8, 2008 with the Complaint for
3 Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction
4 ("Complaint"). Defendants' Answers were due on or before February 28, 2008. No Answer has
5 been filed by Defendants.

6     Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the
7 default of Defendants Kurt Albin Ernst and Ernst Mechanical Company in the above-referenced
8 action.

9 DATED: March 12, 2008

BULLIVANT HOUSER BAILEY PC

By _____[signature]_____
    Ronald L. Richman

Attorneys for Plaintiffs