**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 25, 2008

RE:  CV 08-00355 PJH       BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TURST FUND FOR THE NORTHERN CALIFORNIA-v- KURT ALBIN ERNST

Default is declined as to Defendant Kurt Albin Ernst, individually and doing business as Ernst Mechanical Company on March 25, 2008.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba  
Case Systems Administrator