Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS VACATION-HOLIDAY
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA; and
BOARD OF TRUSTEES OF THE
LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN
CALIFORNIA,

Plaintiffs,

vs.

KURT ALBIN ERNST individually and doing
business as ERNST MECHANICAL
COMPANY, a California Company,

Defendants.

Case No.: CV 08 0355 PJH

**REQUEST TO DISMISS ACTION,
WITHOUT PREJUDICE, AS TO ERNST
MECHANICAL COMPANY**

Plaintiffs hereby request that this action be dismissed, without prejudice, as to Ernst

Mechanical Company. This request is made on the grounds that Ernst Mechanical Company is

only a "DBA" and Kurt Albin Ernst is the sole proprietor of Ernst Mechanical Company. See

Declaration of Ronald L. Richman In Support of Request to Dismiss Action, Without Prejudice,

10487189.1

– 1 –

1   as To Ernst Mechanical Company at pg. 3 lines 1-5.

2         Plaintiffs will continue the prosecution of this action against Kurt Albin Ernst.

3   DATED:  March 31, 2008

4                             BULLIVANT HOUSER BAILEY PC

5

6                           By                      

7                               Ronald L. Richman

8                             Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10487189.1

REQUEST TO DISMISS ACTION, WITHOUT PREJUDICE, AS TO ERNST MECHANICAL COMPANY