Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company,<br><br>Defendants. | Case No.: CV 08 0355 PJH<br><br>**DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF REQUEST FOR DISMISSAL** |

I, RONALD L. RICHMAN, declare as follows:

1. I am a shareholder of the law firm of Bullivant Houser Bailey, PC, counsel to Plaintiffs in this action.

2. I have knowledge of the following and, if called upon to testify, am competent to do so.

3. Ernst Mechanical Company is simply a "DBA". Plaintiff Kurt Albin Ernst is the sole owner of Ernst Mechanical Company. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the information from the California Contractors State License Board website identifying Kurt Albin Ernst as the sole owner of Ernst Mechanical Company.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 31, 2008 at San Francisco, California.

*[signature]*
Ronald L. Richman

# EXHIBIT A




Skip to: CSLB Home | Content | Footer | Accessibility    Search CSLB 

| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |

### WHAT YOU CAN DO

### CONTRACTOR'S LICENSE DETAIL

- About CSLB
- CSLB Newsroom
- Board and Committee Meetings
- Disaster Information Center
- CSLB Library
- Frequently Asked Questions
- Online Services
  - Check A License or HIS Registration
  - Filing a Construction Complaint
  - Processing Times
  - Check Application Status
  - Search for a Surety Bond Insurance Company
  - Search for a Workers' Compensation Company
- How to Participate

⚠ **DISCLAIMER:** *A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.*

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | |
|---|---|---|
| **License Number:** | 293876 | **Extract Date:** 03/31/2008 |
| **Business Information:** | ERNST MECHANICAL CO<br>P O BOX 847<br>SAN LEANDRO, CA 94577<br>Business Phone Number: (510) 569-8749 | |
| **Entity:** | Sole Ownership | |
| **Issue Date:** | 04/22/1974 | |
| **Reissue Date:** | 12/20/1995 | |
| **Expire Date:** | 12/31/2009 | |
| **License Status:** | This license is current and active. **All information below should be reviewed.** | |
| **Classifications:** | CLASS    DESCRIPTION<br>B    GENERAL BUILDING CONTRACTOR<br>C20    WARM-AIR HEATING, VENTILATING AND AIR-CONDITIONING<br>C36    PLUMBING<br>C-4    BOILER, HOT WATER HEATING AND STEAM FITTING | |
| **Bonding:** | **CONTRACTOR'S BOND**<br>This license filed Contractor's Bond number **636787** in the amount of **$12,500** with the bonding company SURETY COMPANY OF THE PACIFIC.<br>**Effective Date:** 01/01/2007<br>Contractor's Bonding History | |
| **Workers' Compensation:** | This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.<br>**Effective Date:** 11/17/1995<br>**Expire Date:** None | |

[Personnel List]

Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info
CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California