Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company,<br><br>    Defendants. | Case No.: CV 08 0355 PJH<br><br>**ORDER DISMISSING ERNST MECHANICAL COMPANY, WITHOUT PREJUDICE** |

10487276.1

– 1 –

## ORDER

This Court, having been presented with Plaintiffs' Request to Dismiss Action, Motion Without Prejudice, As to Ernst Mechanical Company, and good cause appearing:

IT IS HEREBY ORDERED that this action be and hereby is dismissed, without prejudice, as to Ernst Mechanical Company, a California Company.

Dated: _____, 2008

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE