Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company,<br><br>Defendants. | Case No.: C 08 CV 00355 PJH<br><br>**PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KURT ALBIN ERNST** |

TO DEFENDANT KURT ALBIN ERNST:

Plaintiffs hereby request that the Clerk of Court enter the default of Defendant Kurt Albin Ernst in the above-referenced action.

The Request for Entry of Default is made on the grounds that Defendant Kurt Albin Ernst was served February 8, 2008 with the Complaint for Damages for Breach of Collective

– 1 –

1  Bargaining Agreement And For Mandatory Injunction ("Complaint"). Defendant's Answer was
2  due on or before February 28, 2008. No Answer has been filed by Defendant.
3      Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the
4  default of Defendant Kurt Albin Ernst in the above-referenced action.
5  DATED: April 25, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

10541264.1