Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company,<br><br>Defendants. | Case No.: C 08 CV 00355 PJH<br><br>**DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, RONALD L. RICHMAN, declare as follows:

1. I am a shareholder of the law firm of Bullivant Houser Bailey, PC, counsel for Plaintiffs in this action.

2. I have personal knowledge of the following and, if called upon to testify, am competent to do so.

– 1 –
DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

3. Defendant Kurt Albin Ernst was personally served on February 8, 2008 with the Complaint for Damages for Breach of Collective Bargaining Agreement And For Mandatory Injunction. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Proof of Service.

4. A responsive pleading was due on or before February 28, 2008. No responsive pleading has been filed by defendant nor has defendant appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of Defendant Kurt Albin Ernst.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 25, 2008 at San Francisco, California.

_____
Ronald L. Richman

10541309.1

— 2 —
DECLARATION OF RONALD L. RICHMAN IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

# EXHIBIT A

| | |
|---|---|
| RONALD L. RICHMAN (SBN 139189)<br>SUSAN J. OLSON (SBN 15246)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CALIFORNIA 94108<br>Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701<br>Attorney(s) for: PLAINTIFFS<br>Reference: 3011367 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>KURT ALBIN ERNST, individually and doing business as ERNST MECHANICAL COMPANY, a California Company<br><br>Defendant(s) | CASE NUMBER: CV 08 0355 BZ<br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons in a civil case    ☒ complaint    ☐ alias summons    ☐ first amended complaint    ☐ second amended complaint    ☐ third amended complaint
   ☒ other *(specify)*: CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT

2. Person served:
   a. ☒ Defendant *(name)*: KURT ALBIN ERNST
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:
   c. ☒ Address Where papers were served: 4605 OAK HILL ROAD, OAKLAND, CA 94605

3. Manner of service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in item 2:

   a. ☒ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

   1. ☒ Papers were served on *(date)*:    FEBRUARY 8, 2008    at *(time)*:    9:25AM

   b. ☐ By Substituted service. By leaving copies:

   1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

1

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

3. ☐ **Papers were served on** *(date):* _____     at *(time):* _____

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed on** (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____     at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number):*

CARLOS CASTRO/#417/SAN FRANCISCO         a. Fee for service: $
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500              b. ☐ Not a Registered California Process Server
SAN FRANCISCO, CA 94109
(415) 351-0400                            c. ☐ Exempt from registration under B&P 2235(b)

                                          d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: FEBRUARY 8, 2008                              _____
                                                         *(Signature)*

                                                                                2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA <br><br> V. <br><br> KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company | **SUMMONS IN A CIVIL CASE** **B2** <br><br> CASE NUMBER: <br><br> **CV 08 0355** |

TO: (Name and address of defendant)

Kurt Albin Ernst  
4605 Oak Hill Rd.  
Oakland, CA 94605

Ernst Mechanical Company  
4605 Oak Hill Rd.  
Oakland, CA 94605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Richman  
Susan J. Olson  
Bullivant Houser Bailey PC  
601 California Street, Suite 1800  
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking  
CLERK

DATE  JAN 1 ...

(BY) DEPUTY CLERK

ANNA SPRINKLES

American LegalNet, Inc.  
www.USCourtForms.com

AO 440

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com

☐ FILE COPY

**Quinn, Beverly**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, February 19, 2008 11:36 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-cv-00355-BZ Board of Trustees of the Laborers Health & Welfare Trust Fund for Northern California et al v. Ernst Certificate of Service |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Richman, Ronald entered on 2/19/2008 11:35 AM PST and filed on 2/19/2008

| | |
|---|---|
| **Case Name:** | Board of Trustees of the Laborers Health & Welfare Trust Fund for Northern California et al v. Ernst |
| **Case Number:** | 3:08-cv-355 |
| **Filer:** | Board of Trustees of the Laborers Pension Trust Fund for Northern California |
| | Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California |
| | Board of Trustees of the Laborers Health & Welfare Trust Fund for Northern California |
| | Board of Trustees of the Laborers Training & Retraining Trust Fund for Northern California |
| **Document** | |

2/19/2008

**Number:** 4

**Docket Text:**
CERTIFICATE OF SERVICE by Board of Trustees of the Laborers Health & Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California, Board of Trustees of the Laborers Training & Retraining Trust Fund for Northern California *(Kurt Albin Ernst)* (Richman, Ronald) (Filed on 2/19/2008)

**3:08-cv-355 Notice has been electronically mailed to:**

Susan Jane Olson    susan.olson@bullivant.com, #sanfranciscodocketing@bullivant.com

Ronald Lee Richman    ron.richman@bullivant.com, sanfranciscodocketing@bullivant.com

**3:08-cv-355 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\Global\E-Filing\RLR-Laborers\29512-57 Ernst\21408 Kurt Ernst.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/19/2008] [FileNumber=4143756-0]
[ae48ec7ff391d5fdd9d706c7c33f57a6c159b1bef1a066f3cd39d78207871f10b160c
b5b68066e9a0949bd10ce14247f8f0c277321ce7ae4c9ebc62f7a514a2b]]

2/19/2008