Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>vs. <br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company, <br><br>Defendants. | Case No.: C 08 CV 00355 PJH <br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br>Date:   May 8, 2008 <br>Time:   2:30 p.m. <br>Ctroom: 3, 17th Floor <br>            Hon. Phyllis J. Hamilton |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On January 18, 2008 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

On March 31, 2008 Plaintiffs filed their Request for dismissal against Ernst Mechanical Company. The Request for Dismissal was granted. The remaining defendant in this action is Kurt Albin Ernst. Defendant Kurt Albin Ernst has not filed a responsive pleading in this case.

On April 25, 2008 Plaintiffs filed their Request for Clerk's Entry of Default Against Defendant Kurt Albin Ernst. Once the Clerk enters the default of Kurt Albin Ernst, Plaintiffs will proceed with a Motion for Default Judgment. It is anticipated that Plaintiffs will file their Motion for Default Judgment within the next 60 days.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for sixty days.

DATED: April 25, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 8, 2008 at 2:30 p.m. be continued to _____, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: April ___, 2008

By _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

10541635.1