Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company,<br><br>Defendants. | Case No.: C 08 CV 00355 PJH<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     May 8, 2008<br>Time:     2:30 p.m.<br>Ctroom:  3, 17th Floor<br>               Hon. Phyllis J. Hamilton |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On January 18, 2008 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

– 1 –
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1   On March 31, 2008 Plaintiffs filed their Request for dismissal against Ernst Mechanical
2   Company. The Request for Dismissal was granted. The remaining defendant in this action is
3   Kurt Albin Ernst. Defendant Kurt Albin Ernst has not filed a responsive pleading in this case.
4   On April 25, 2008 Plaintiffs filed their Request for Clerk's Entry of Default Against
5   Defendant Kurt Albin Ernst. Once the Clerk enters the default of Kurt Albin Ernst, Plaintiffs
6   will proceed with a Motion for Default Judgment. It is anticipated that Plaintiffs will file their
7   Motion for Default Judgment within the next 60 days.
8   Based on the above, Plaintiffs respectfully request that the Case Management
9   Conference be continued for sixty days.
10  DATED: April 25, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 8, 2008 at 2:30 p.m. be continued to __July 24__, 2008 at 2:30 p.m., Courtroom 3, 17th floor, San Francisco, California.

DATED: April 29, 2008

By _____
HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

10541635.1

- 2 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON