**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                              415.522.2000

April 30, 2008

RE:  CV 08-00355 PJH        BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TURST FUND FOR THE NORTHERN CALIFORNIA-v- KURT ALBIN ERNST

Default is entered as to Kurt Albin Ernst on April 30, 2008.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by Felicia Reloba
Case Systems Administrator

NDC TR-4  Rev. 3/89