KENNETH D. ROBIN (SBN 41533)
ATTORNEY AT LAW
2204 Union Street
San Francisco, CA 94123
Telephone: (415) 563-2400
FAX: (415) 931-9981
Email address: kdrobin@sbcglobal.net
Attorney for Kurt Albin Ernst individually and dba
Ernst Mechanical Company, a California Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, etc., et al,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST etc.,<br><br>　　　Defendant. | C 008 – 0355 PJH<br><br>**STIPULATION FOR ORDER AND ORDER VACATING DEFAULT AND ALLOWING DEFENDANT LEAVE TO FILE ANSWER TO COMPLAINT** |

The parties hereto, through their respective attorneys of record herein, do hereby stipulate as follows:

1.  Plaintiffs filed the complaint in the within action on January 18, 2008.

2.  The case was originally assigned to Magistrate Judge Bernard Zimmerman and was subsequently reassigned to United States District Court Judge Phyliis J. Hamilton following Plaintiffs' Declination to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge.

3.   Upon application by Plaintiffs, the Clerk of the Court entered default against Defendant on April 30, 2008.   No default judgment has been entered.

4.   Plaintiffs and Defendant have decided that in the interests of justice, Defendant is permitted to answer the complaint so that the parties can attempt to resolve the dispute on its merits.

5.   Accordingly, the parties stipulate that the default previously entered by the Clerk of the Court on April 30, 2008 should be vacated and that Defendant shall file an answer to the complaint within 10 days of the entry of order of such vacating of the default.

Dated: June 26, 2008

BULLIVANT HOUSER BAILEY PC


By   /s/ Ronald L. Richman
    Ronald L. Richman
    Attorneys for Plaintiffs


LAW OFFICES OF KENNETH D. ROBIN


By   /s/ Kenneth D. Robin
    Kenneth D. Robin
    Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING THEREFOR, and the parties having stipulated thereto, it is hereby ordered that the default entered herein on April 30, 2008 is hereby vacated. It is further Ordered that Defendant shall file its answer to the complaint filed herein on January 18, 2008 within 10 days of the entry of this Order.

Dated: _____, 2008

                                          Phyllis J. Hamilton
                                     United States District Judge