KENNETH D. ROBIN (SBN 41533)
ATTORNEY AT LAW
2204 Union Street
San Francisco, CA 94123
E-Mail: kdrobin@sbcglobal.net
Telephone: (415) 563-2400
FAX: (415) 931-9981
Attorney for Kurt Albin Ernst individually and dba
Ernst Mechanical Company, a California Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, etc., et al,<br><br>　　　Plaintiffs<br><br>vs.<br><br>KURT ALBIN ERNST etc.,<br><br>　　　Defendant. | CV 008-0355 PJH<br><br>**DEFENDANT'S NOTICE OF APPEARANCE** |

　　　Kenneth D. Robin, Esq., an attorney at law duly admitted to practice before this Court, herewith submits his Notice of Appearance in connection with the above-captioned matter on behalf of defendant Kurt Albin Ernst individually and doing business as Ernst Mechanical Company, a California Company.

　　　Dated: June 26, 2008　　　　　　　　LAW OFFICES OF KENNETH D. ROBIN


　　　　　　　　　　　　　　　　　　　　By ____/s/ Kenneth D. Robin_____
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth D. Robin
　　　　　　　　　　　　　　　　　　Attorney for Kurt Albin Ernst individually and
　　　　　　　　　　　　　　　　　　dba Ernst Mechanical Company, a California
　　　　　　　　　　　　　　　　　　　　　　　　Company