Ronald L. Richman, SBN 139189
E-Mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: CV 08 0355 PJH<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER THEREON**<br><br>Date:    July 24, 2008<br>Time:    2:30 p.m.<br>Ctrm.:   3, 17th Fl. |
| Plaintiffs, | |
| vs. | |
| KURT ALBIN ERNST individually and doing business as ERNST MECHANICAL COMPANY, a California Company, | |
| Defendants. | |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On January 18, 2008, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and for a Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

1  Plaintiffs filed their Request for Clerk's Entry of Default Against Defendant which was

2  subsequently vacated on stipulation of the parties on June 30, 2008. As part of the stipulation,

3  Defendant was granted leave to file an Answer to the Complaint which was timely filed on

4  July 2, 2008 on behalf of Kurt Albin Ernst, individually, and dba Ernst Mechanical Company.

5  **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

6  Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern

7  California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern

8  California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and

9  Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

10  ("Laborers Trust Funds") and Defendants Kurt Albin Ernst and Ernst Mechanical Company

11  stipulate to and respectfully request that the court continue the Case Management Conference in

12  this matter currently set for July 24, 2008 at 2:30 p.m. for a period of sixty (60) days.

13  The parties stipulated to and the court vacated the default judgment previously obtained

14  by the Plaintiffs. In addition, Defendants were granted leave to file an answer to the complaint.

15  Since the Plaintiffs are seeking an audit of the Defendants' business records to determine the

16  full extent of the Defendants' obligation to the Plaintiffs, the parties believe that the additional

17  60 days will allow Plaintiffs to conduct the requested audit and enter into preliminary settlement

18  negotiations.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Accordingly, the parties request that this court continue the Case Management

2  Conference in this matter.

3  DATED:  July 17, 2008

4                                          BULLIVANT HOUSER BAILEY PC

5

6                                          By  Susan J. Olson

7                                          Ronald L. Richman
                                           Susan J. Olson

8                                          Attorneys for Plaintiffs Laborers Trust Funds

9  DATED:  July 17, 2008

10                                         LAW OFFICES OF KENNETH D. ROBIN

11

12                                         By  _____/s/_____

13                                         Kenneth D. Robin

14                                         Attorney for Defendants Kurt Albin Ernst,
                                           individually and dba Ernst Mechanical Company

15

16                            (~~PROPOSED~~) ORDER

17    Good cause appearing, it is so ORDERED that the Case Management Conference

18  currently set for July 24, 2008 at 2:30 p.m. is continued to  September 25, 2008  , at

19  2:30 p.m. in Courtroom 3, 17th Floor.

20  DATED:  July 17, 2008

21

22                                         By  _____

23                                         HON.  _____
                                           UNITED STATES DISTRICT JUDGE

24                                         IT IS SO ORDERED

25                                         Judge Phyllis J. Hamilton

26

27

28

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;
(PROPOSED) ORDER THEREON