Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs
Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KURT ALBIN ERNST<br><br>　　　　　Defendant. | Case No.: C 08 CV 00355 PJH<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:　　December 18, 2008<br>Time:　　2:30 p.m.<br>Ctroom:　3, 17th Floor<br>　　　　　Hon. Phyllis J. Hamilton |

Plaintiffs Laborers Trust Funds and Defendant Kurt Albin Ernst provide this Court with the following Joint Case Management Statement.

**1.　　Background**

Plaintiffs allege that Defendant was doing business as Ernst Mechanical and that he signed a memorandum agreement pursuant to which he became bound to a written collective

– 1 –

bargaining agreement with the Northern California District Council of Laborers entitled the Laborers' Master Agreement For Northern California ("Master Agreement").

Plaintiffs allege that pursuant to the Master Agreement, defendant was bound and subject to all provisions and conditions of the written trust agreements which established the trust funds[1]. Further, plaintiffs allege that pursuant to the Master Agreement and trust agreements, defendant was bound to pay to the Trust Funds employee fringe benefit contributions into each Trust Fund on behalf of his covered employees. Plaintiffs allege that Ernst failed to report and therefore failed to pay employee fringe benefit contributions on behalf of his covered workers.

Defendant contends that he has made all payments required of him under any and all of the agreements he has made with Plaintiffs, or any of them.

**2.   Procedural Status**

At the last case management conference on September 25, 2008, the parties advised this Court that they would engage in informal discovery and settlement discussions. Defendant provided Plaintiffs with additional information and documentation regarding the alleged employee fringe benefit contributions due and owing. On November 19, 2008 Plaintiffs forwarded to Defendant a revised audit showing the amount allegedly due and owing pursuant to the revisions to the audit: $34,639.43 in principal contributions; $3,150 in liquidated damages; and $28,991.54 in interest.

Defendant disputes the existence and/or amount of the balance due. Defendant has requested an additional 60 days to review the revised audit and attempt to resolve any further issues regarding the audit. Plaintiffs have no objection to allowing Defendant an additional 60 days to review and provide the Plaintiffs with additional information and documentation in an attempt to resolve this case prior to further litigation.

---

[1] Each of the trust funds identified in the caption, above, was created by a Trust Agreement.

### 3. Request To Stay Action For 60 Days

Defendant requests and Plaintiffs do not object to an additional 60-day stay of this action so that the parties may spend additional, and hopefully productive, time in trying to resolve any further issues regarding the revised audit.

If this case is not resolved within 60 days, the parties will prepare and submit a formal case management conference statement with proposed pre-trial and trial dates and further, will schedule an evaluation before Harlan Richter, the ENE assigned to this case by this Court.

DATED: December 8, 2008

                                      BULLIVANT HOUSER BAILEY PC

By             /s/            
     Ronald L. Richman
     Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

DATED: December 8, 2008

By             /s/            
     Kenneth D. Robin

Attorneys for Defendant Kurt Albin Ernst

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing, it is so ORDERED that the Case Management Conference |
| 3 | currently set for December 18, 2008 at 2:30 p.m. is continued to February 5, 2009, at |
| 4 | 2:30 p.m. in Courtroom 3, 17th Floor. |
| 5 | DATED: December 10, 2008 |

By _____
    Judge Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

10938982.1

— 4 —
JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON