1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs Laborers Trust Funds

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11  | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: CV 08 0355 PJH  **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION; ORDER THEREON**  Date:      April 28, 2009 Time:      10:00 a.m. Location:  ADR; 16th Floor |
    |---|---|
    | Plaintiffs, | |
    | vs. | |
    | KURT ALBIN ERNST | |
    | Defendants. | |

                            **STIPULATION**

        IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Trust Funds and

Defendant Kurt Albin Ernst, through their respective counsel, that the parties are continuing

with informal discovery and discussions regarding an audit conducted by Plaintiffs Trust Funds

and the amount of delinquent contributions, if any, due and owing Plaintiffs Trust Funds.

1    This Court has ordered that Early Neutral Evaluation must be completed by May 6,

2    2009.  Currently, the parties are set for ENE on April 28, 2009.

3         The parties request a short continuance of 30 days in order to attempt to resolve the

4    outstanding issues regarding the audit conducted by Plaintiffs Trust Funds and the trust fund

5    contributions allegedly due and owing Plaintiffs Trust Funds.

6    DATED:  April 20, 2009

7                                        BULLIVANT HOUSER BAILEY PC

8

9                                        By _____/s/_____
                                             Ronald L. Richman
10                                           Susan J. Olson

11                                       Attorneys for Plaintiffs Laborers Trust Funds

12
     DATED:  April 20, 2009
13

14

15

16                                       By _____/s/_____
                                             Kenneth D. Robin

17                                       Attorneys for Defendant Kurt Albin Ernst

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION; ORDER THEREON

## ORDER

Good cause appearing, it is so ORDERED that the parties shall up to and including June 5, 2009 to complete Early Neutral Evaluation.

DATED: ~~June~~ April 21 ___, 2009



By _____
HON. PHYL~~~~ ~~~~TON
~~~~ COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

11504552.1

— 3 —