1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs Laborers Trust Funds

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | BOARD OF TRUSTEES OF THE                  | Case No.: CV 08 0355 PJH
   | LABORERS HEALTH AND WELFARE               |
12 | TRUST FUND FOR NORTHERN                   | **STIPULATION TO CONTINUE CASE**
   | CALIFORNIA; BOARD OF TRUSTEES OF          | **MANAGEMENT CONFERENCE;**
13 | THE LABORERS VACATION-HOLIDAY             | **ORDER THEREON**
   | TRUST FUND FOR NORTHERN                    |
14 | CALIFORNIA; BOARD OF TRUSTEES OF          |
   | THE LABORERS PENSION TRUST FUND           |
15 | FOR NORTHERN CALIFORNIA; and              | Date:     June 4, 2009
   | BOARD OF TRUSTEES OF THE                   | Time:     2:30 p.m.
16 | LABORERS TRAINING AND RETRAINING          | Ctroom:   3, 17th Floor
   | TRUST FUND FOR NORTHERN                    |           Hon. Phyllis J. Hamilton
17 | CALIFORNIA,                                |

18              Plaintiffs,

19      vs.

20 KURT ALBIN ERNST

21              Defendants.

22

23                         **STIPULATION**

24      IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Trust Funds and

25 Defendant Kurt Albin Ernst, through their respective counsel, that the parties completed the

26 Early Neutral Evaluation on May 18, 2009. The parties are actively negotiating the terms and

27 conditions of a settlement and expect that within the next 30 days, a settlement will be reached,

28 settlement documents executed and that this case will be dismissed.

– 1 –

1    Based on the above, the parties respectfully request that this Court continue the Case

2  Management Conference, set for June 4, 2009, for 30 days.

3  DATED:  May 29, 2009

4                                                      BULLIVANT HOUSER BAILEY PC

5

6                                                      By    /s/
                                                            Ronald L. Richman
7

8                                                      Attorneys for Plaintiffs Laborers Trust Funds

9
   DATED:  May 29, 2009
10

11
                                                       By    /s/
12                                                           Kenneth D. Robin

13                                                     Attorneys for Defendant Kurt Albin Ernst

14

15                                          **ORDER**

16    Pursuant to Stipulation by the parties and good cause appearing, it is hereby Ordered

17  that the Case Management Conference set for June 4, 2009 be continued to

18  ___July 16_____, 2009, at 2:30 p.m., Courtroom 3, 17th Floor.

19  DATED:  June _1_, 2009

20

21                                                     By _____

22                                                            HON. PHYLLIS J. HAMILTON
                                                       UNITED STATES DISTRICT COURT JUDGE
23                                                            IT IS SO ORDERED

24
   11635052.1
25                                                            Judge Phyllis J. Hamilton

26

27

28
                                          – 2 –
   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON