Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>KURT ALBIN ERNST<br><br>Defendants. | Case No.: CV 08 0355 PJH<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:     July 16, 2009<br>Time:    2:30 p.m.<br>Ctroom:  3, 17th Floor<br>           Hon. Phyllis J. Hamilton |

Plaintiffs Laborers Trust Funds and Defendant Kurt Albin Ernst have reached a settlement in this case. It is anticipated that the settlement agreement will be duly executed and that this case will be dismissed within the next 45 days (to coincide with the first installment payment due under the settlement agreement).

/ / /

– 1 –
NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
ORDER THEREON

Based on the above, the parties respectfully request that this Court continue the Case Management Conference, set for July 16, 2009, for 45 days.

DATED: July 9, 2009

                          BULLIVANT HOUSER BAILEY PC

                          By   /s/
                                Ronald L. Richman

                          Attorneys for Plaintiffs Laborers Trust Funds

DATED: July 9, 2009

                          By   /s/
                                Kenneth D. Robin

                          Attorneys for Defendant Kurt Albin Ernst

## ORDER

Pursuant to Stipulation by the parties and good cause appearing, it is hereby Ordered that the Case Management Conference set for July 16, 2009 be continued to September 3, 2009, at 2:30 p.m., Courtroom 3, 17th Floor.

DATED: July 13, 2009

                          By
                             HON. PHYLLIS J. HAMILTON
                             UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

11742489.1