1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE              | Case No.: CV 08 0355 PJH
   | LABORERS HEALTH AND WELFARE           |
11 | TRUST FUND FOR NORTHERN                | **STIPULATION FOR DISMISSAL WITH
   | CALIFORNIA; BOARD OF TRUSTEES OF       | PREJUDICE; ORDER THEREON**
12 | THE LABORERS VACATION-HOLIDAY          |
   | TRUST FUND FOR NORTHERN                |
13 | CALIFORNIA; BOARD OF TRUSTEES OF       |
   | THE LABORERS PENSION TRUST FUND        |
14 | FOR NORTHERN CALIFORNIA; and           |
   | BOARD OF TRUSTEES OF THE               |
15 | LABORERS TRAINING AND RETRAINING       |
   | TRUST FUND FOR NORTHERN                |
16 | CALIFORNIA,                            |

17              Plaintiffs,

18       v.

19 KURT ALBIN ERNST,

20              Defendant.

21

22                          **STIPULATION**

23       IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Kurt Albin

24 Ernst, through their respective counsel, that pursuant to the terms and conditions of the

25 Settlement Agreement and Release entered into between the parties, this case be dismissed, with

26 prejudice.

27 ///

28

                                    – 1 –
   STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON

Based on the above, the parties respectfully request that this Court dismiss this case, with prejudice.

DATED: August 17, 2009

                        BULLIVANT HOUSER BAILEY PC

                        By  /s/
                             Ronald L. Richman

                        Attorneys for Plaintiffs Laborers Trust Funds

DATED: August 17, 2009

                        By  /s/
                             Kenneth D. Robin

                        Attorneys for Defendant Kurt Albin Ernst

## ORDER

Pursuant to Stipulation by the parties and good cause appearing, it is hereby Ordered that this case is dismissed with prejudice.

DATED: August 18, 2009

By: /s/ Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

11857898.1